# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Michael O'Neill And Gail O'Neill, *on behalf of herself and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Carrington Mortgage Services, LLC,<br><br>Defendant. | Civil Action No.: 19-cv-10643-ADB |

## **MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Michael O'Neill and Gail O'Neill ("Plaintiffs") hereby move for entry of an Order granting preliminary approval of the Class Action Settlement Agreement between Plaintiffs and Defendant Carrington Mortgage Services, LLC ("Carrington").

Plaintiffs respectfully request that the Court (i) conditionally certify the Settlement Class for purposes of settlement, (ii) appoint Plaintiff as the Settlement Class Representative; (iii) appoint Sergei Lemberg and Stephen F. Taylor of Lemberg Law, LLC, as Class Counsel; (iv) preliminarily approve the terms of the Settlement Agreement; (v) approve the form, content and method of delivering notice to the Settlement Class as set out in the Settlement Agreement as "the best notice that is practicable under the circumstances" (Fed. R. Civ. P. 23(c)(2)(B)); and (vi) schedule a final approval hearing in accordance with the deadlines proposed in the Settlement Agreement.

In support, Plaintiffs submit the accompanying Memorandum of Law in Support of Motion to Preliminary Approve Class Action Settlement, the executed Settlement Agreement and its exhibits (A-E), the Declarations of proposed Class Counsel Sergei Lemberg and Stephen F. Taylor and the Plaintiffs.

For the reasons set forth in the accompanying memorandum, Plaintiffs respectfully request that the Court enter the Preliminary Approval Order in the form attached as <u>Exhibit C</u> to the Settlement Agreement and submitted herewith as <u>Exhibit A</u> to this motion.

Respectfully Submitted,

Dated: February 21, 2020

> Respectfully submitted:
>  /s/ *Stephen Taylor*
> Sergei Lemberg
> Stephen Taylor
> Lemberg Law, LLC
> 43 Danbury Road
> Wilton, CT 06897
> Tel: (203) 653-2250
> Fax: (203) 653-3424

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 20, 2020, I served a true and accurate copy of the foregoing to counsel of record through the Court's CM/ECF system which sent notice of such filing to all counsel of record.

                                                /s/ Stephen Taylor
                                                Stephen Taylor