UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Michael O'Neill And Gail O'Neill, *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>Carrington Mortgage Services, LLC,<br><br>Defendant. | Civil Action No.: 19-cv-10643-ADB |

**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Michael O'Neil and Gail O'Neill (the "Class Representatives"), by and through undersigned counsel, hereby move for entry of an Order granting final approval of the Parties' class action Settlement Agreement.

In support, Plaintiffs submit the accompanying Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement and the declaration from the settlement administrator.

Plaintiffs respectfully request that the Court approve the settlement as fair, reasonable and adequate and enter the Final Approval Order in the form attached hereto as <u>Exhibit A</u>.

Dated: July 23, 2020

                                          Respectfully submitted,

                                          *For the Plaintiffs*
By:   */s/ Stephen Taylor*
        Stephen F. Taylor
        LEMBERG LAW LLC
        43 Danbury Road
        Wilton, CT 06897
        Telephone: (203) 653-2250
        Facsimile: (203) 653-3424

By:   */s/ Sergei Lemberg*
        Sergei Lemberg

LEMBERG LAW LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2020, I served a true and accurate copy of the foregoing to counsel of record through the Court's CM/ECF system which sent notice of such filing to all counsel of record.

                                                 /s/ Sergei Lemberg
                                                Sergei Lemberg